**NOT FOR PRINTED PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JAMES ALFRED RAMEY | § | |
| VS. | § | CIVIL ACTION NO. 9:19cv243 |
| DIRECTOR, TDCJ-CID | § | |

### FINAL JUDGMENT

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation filed in this matter this date, it is

**ORDERED** that this petition for writ of habeas corpus is **DISMISSED** without prejudice for failure to exhaust state court remedies.

All motions by any party not previously ruled on are **DENIED**.

So ORDERED and SIGNED, Aug 15, 2020.

_____
Ron Clark
Senior Judge